| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____ Chapter  7 |

☐ Check if this an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FEED-Battery, LLC.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4236482** |
| 4. | **Debtor's address** | **Principal place of business**  **900 Battery Ave.**  **Atlanta, GA 30339**  Number, Street, City, State & ZIP Code    **Cobb**  County | **Mailing address, if different from principal place of business**  **701 Whitlock Ave. NW, Suite K48-200**  **Marietta, GA 30064**  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **FEED-Battery, LLC.** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor   **FEED-Battery, LLC.** _____    Case number (*if known*)_____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

    **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14. Estimated number of creditors** | ■ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated Assets** | ■ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor  **FEED-Battery, LLC.**     Case number (*if known*)
    Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2019**
            MM / DD / YYYY

**X**   **/s/ Marc Taft**                                    **Marc Taft**
     Signature of authorized representative of debtor           Printed name

Title    **Owner**

**18. Signature of attorney**

**X**   **/s/ William A. Rountree**                       Date   **March 15, 2019**
     Signature of attorney for debtor                                   MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree & Leitman, LLC**
Firm name

**2800 B North Druid Hills Rd**
**Suite 100**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone   **404-584-1244**      Email address

**616503 GA**
Bar number and State

## CERTIFIED COPY OF RESOLUTION

## OF MEMBERS OF

## FEED-BATTERY, LLC

This is to certify that at a meeting of the Members of FEED-Battery, LLC, a Georgia Limited Liability Company (the "Company"), held on the 12th day of March 2019 the following resolution was adopted:

**WHEREAS,** the Company is unable to pay its debts as they generally mature. **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED,** that the Company authorizes the Managing Member of the Company to prepare, file and execute the Petition for Relief provided in Title 11, United States Code, Chapter 7 for FEED-Battery, LLC, a Georgia Limited Liability Company, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division.

**RESOLVED FURTHER,** that the Managing Member of the Company be and he hereby is authorized to do any other acts, execute all necessary documents and take any other steps in the name and in behalf of the said Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER,** that the Managing Member of the Company be and he hereby is authorized to retain as counsel for the Company in said proceeding Rountree Leitman & Klein, LLC.

Said resolution is still of full force and effect.

Dated, this March 11, 2019.

FEED-Battery, LLC

By: _____
Marc Taft
Managing Member

4831-6294-90002

# United States Bankruptcy Court
## Northern District of Georgia

In re  **FEED-Battery, LLC.**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 15, 2019**

**/s/ Marc Taft**  
**Marc Taft**/**Owner**  
Signer/Title

.

A. Christian Wilson Esq.
One Securities Cntr Ste. 1100
3490 Piedmont Rd. NE
Atlanta, GA 30305


AllGood Pest Solutions
P.O. Box 465598
Lawrenceville, GA 30042-5598


American Fire & Safety, Inc.
1419 Woodmont Lane
Atlanta, GA 30318


AmeriPride Linen & Uniform
Services
1081 Experiment Sta. Road
Watkinsville, GA 30677


Apex Billing Solutions, LLC.
P.O. Box 84077
Columbus, GA 31908-4077


ATL Super Source
3655 Kennesaw 75 Pkwy.
Suite 100
Kennesaw, GA 30144


BDC/FUQUA RETAIL, LLC.
755 Battery Ave.
Atlanta, GA 30339


BDC/FUQUA RETAIL, LLC.
Glenridge Highlands One-Suite
800, 5555 Glenridge Connector
Atlanta, GA 30342


Bowling Rice, LLC.
207 Pirkle Ferry Rd.
Cumming, GA 30040

```
Cintas
P.O. Box 630910
Cincinnati, OH 45263-0910


Cobb Chamber of Commerce
P.O. Box 671868
Marietta, GA 30006-0032


Cobb County Business License
P.O. Box 649
Marietta, GA 30061


Cobb County Tax Comissioner
P.O. Box 100127
Marietta, GA 30061-7027


Coca-Cola North America
P.O. Box 102703
Atlanta, GA 30368-2703


Comcast
P.O. Box 71211
Charlotte, NC 28272-1211


Community Coffee Company, LLC.
P.O. Box 679510
Dallas, TX 75267-9510


Cross Plumbing, Inc.
3357 Liberty Rd.
Villa Rica, GA 30180


Donald Kimbrough King, Jr.
c/o King & Associates, LLC.
75 5th St. NW, Ste. 1300
Atlanta, GA 30308
```

Fish Window Cleaning
P.O. Box 673501
Marietta, GA 30006

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303

Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345

Georgia Power
96 Annex
Atlanta, GA 30369-0001

Heritage First Bank
501 Broad St.
Rome, GA 30161

Heywoods Provision
2145 Roswell Rd.
Suite 140
Marietta, GA 30062

High Road
1730B W Oak Commons Court
Marietta, GA 30062

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Keter Enviromental Services,
Inc.
P.O. Box 417468
Boston, MA 02241-7468

Kevin Beringer
200 Wingo way - Suite 100
Mount Pleasant, SC 29464

Laz Parking
2605 Circle 75 Parkway SE
Suite 430
Atlanta, GA 30339

Liquid Enviromental Solutions
of Texas
P.O. Box 733372
Dallas, TX 75373-3372

Michaels Plumbing Service, Inc
2883 Holly Springs Pkwy.
Canton, GA 30114

Pristine Hood Vent Service
2000 Marshall Huff Rd.
Suite E.
Dallas, GA 30132

Public Storage
1679 Cobb Pkwy. South
Marietta, GA 30060-6551

Rachel F. Gage
500 14th St. NW
Atlanta, GA 30318

Reeves Family Holdings, LLC.
15030 Freemenville Rd.
Alpharetta, GA 30004

```
Retail Solutions, Inc.
460 Hillside Ave.
Needham Heights, MA 02494



S. Nathaniel De Veaux, Esq.
Glenridge Highlands One-Ste.
800, 5555 Glenridge Connector
Atlanta, GA 30342



Sidney Lee Welding Supply, Inc
2247 Highway 41
Hampton, GA 30228



Strategic Equipment, LLC.
One Securities Centre, Ste.
1100, 3490 Piedmont Rd. NE
Atlanta, GA 30305



Sysco Atlanta, LLC.
P.O Box 490379
Atlanta, GA 30349



The Engelman's Bakery
6185 Brook Hollow Pkwy.
Norcross, GA 30071



Tom Foust
1739 Ware Ave.
Atlanta, GA 30344



TouchTunes Music Corporation
850 Third Ave.
15th Floor
New York, NY 10022



Trapper Mechanical
6689-G Peachtree Industrial
Blvd.
Norcross, GA 30092
```

```
TriMark - Strategic Equipment,
LLC.
3011 Industrial Pkwy. E.
Knoxville, TN 37921



Ultimate Security of Atlanta
178 North 85 Parkway
P.O. Box 1330
Fayetteville, GA 30214-1330



Whaley Foodservice, LLC.
P.O. Box 615
Lexington, SC 29071



Ziff Properties, Inc.
200 Wingo way - Suite 100
Mount Pleasant, SC 29464
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **FEED-Battery, LLC.**  
Debtor(s)

Case No. _____  
Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FEED-Battery, LLC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 15, 2019**  
Date

/s/ William A. Rountree  
**William A. Rountree**  
Signature of Attorney or Litigant  
Counsel for **FEED-Battery, LLC.**  
**Rountree & Leitman, LLC**  
**2800 B North Druid Hills Rd**  
**Suite 100**  
**Atlanta, GA 30329**  
**404-584-1244**